UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    JOSEPH N. DEFINIS : Bankruptcy No.  15-18848SR
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

Dated: September 16, 2016

_____
Stephen Raslavich, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606-0410

Paul H. Young, Esq.
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA  19020-4366

Joseph N. Definis
250 Thornridge Drive
Levittown, PA 19054

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107