United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18848-sr
Joseph N. DeFinis                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Sep 16, 2016
                               Form ID: pdf900            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db             +Joseph N. DeFinis,    250 Thornridge Drive,    Levittown, PA 19054-2315
13645985       +Michael T. McKeever, Esq.,    Goldbeck McCafferty & McKeever,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
13708824       +Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
13645988      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790084,    Saint Louis, MO 63179)
13645989       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13645984       +E-mail/Text: bankruptcy@cavps.com Sep 17 2016 02:08:34     Calvary Portfolio Services,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
13645983       +E-mail/Text: bankruptcy@cavps.com Sep 17 2016 02:08:35     Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13646320       +E-mail/Text: bankruptcy@cavps.com Sep 17 2016 02:08:35     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13707644       +E-mail/Text: bknotices@totalcardinc.com Sep 17 2016 02:08:15     Mid America Bank & Trust,
                 PO Box 89725,    Sioux Falls SD 57109-9725
13657758        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:04:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13645986       +E-mail/Text: blegal@phfa.org Sep 17 2016 02:08:16     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13645987       +E-mail/Text: bknotices@totalcardinc.com Sep 17 2016 02:08:15     Plains Commerce Bank,
                 5109 S Broadband L,    Sioux Falls, SD 57108-2208
13770153       +E-mail/Text: blegal@phfa.org Sep 17 2016 02:08:16
                 US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Joseph N. DeFinis ykassoc@gmail.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2              Date Rcvd: Sep 16, 2016
                               Form ID: pdf900             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    JOSEPH N. DEFINIS              :  Bankruptcy No.  15-18848SR
                                                    :
    Debtor(s)                      :  Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

Dated: September 16, 2016

_____
Stephen Raslavich, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606-0410

Paul H. Young, Esq.
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA  19020-4366

Joseph N. Definis
250 Thornridge Drive
Levittown, PA 19054

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107